DATE: 8/1/13
LOCATION: Tyler
JUDGE: JOHN D. LOVE
DEP. CLERK: Mechele Morris
RPTR/ECRO: M. Morris
USPO: Lora Savoie
INTERPRETER: Norma Meeks
START TIME: 3:49 pm
END TIME: 4:05 pm

CASE NUMBER: 6:13-cr-00064-MHS-JDL *SEALED*

USA    V.    Maria Padron

Nathaniel Kummerfeld    Ken Hawk

| | Indictment Unsealed | ✓ | Interpreter |
|---|---|---|---|

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| ✓ | Initial Appearance called | ✓ | Initial Appearance held |
| | Dft appears with counsel | ✓ | Dft appears without counsel |
| ✓ | Date of Arrest: 8/1/13 | ✓ | Dft's first appearance with counsel |
| ✓ | Dft advised of charges | ✓ | Dft advised of right to counsel |
| ✓ | Dft advised of maximum penalties | ✓ | Dft advised of right to remain silent |
| ✓ | Dft request appointed counsel, is sworn & examined re: financial status | ✓ | Court finds Dft eligible and appoints: Ken Hawk |
| ✓ | Gvt Oral Motion for Detention | | Gvt Oral Motion for Continuance of Detention Hearing |
| | Order of Conditions of Release | | Bond previously set in California - continued |
| ✓ | Waiver of Detention | | |
| | Order of Temporary Detention | | Detention Hearing set for: |
| ✓ | Order of Detention | | Arraignment Hearing set for: |
| ✓ | Dft remanded to the custody of the US Marshal | | |

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| | Arraignment waived in open court | ✓ | Arraignmnet held on Indictment: ~~All counts~~ |
| ✓ | Dft placed under oath | ✓ | Dft physically/mentally ready |
| ✓ | Dft received copy of charges | ✓ | Dft discussed charges with counsel |
| | Charges read | ✓ | Dft waived reading of charges |
| ✓ | No pressure to plead | | |
| ✓ | Dft enters a not guilty plea to all counts | | |
| ✓ | Discovery orders entered | ✓ | Jury selection and trial set |
| ✓ | Dft remanded to the custody of the USM | | Dft continued on bond |

\* This case is to remained Sealed at this time, except for this defendant.