# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| USA | § | |
|---|---|---|
| | § | |
| V. | § | Case No. 6:13-CR-00064-MHS-JDL |
| | § | *SEALED* |
| Maria Padron | § | |
| | § | |

## WAIVER OF DETENTION HEARING

I, Maria Padron, charged in a(n) Indictment pending in this District with Violation of 18 U.S.C. Section 371 Conspiracy to Unlawfully Use, Transfer, Acquire, and Possess SNAP Benefits, and having appeared before the court and been advised of my rights as required by Title 18 U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

DATE: 8-1-2013

_Maria Padron_
Defendant

_[signature]_
Counsel for Defendant