IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CASE NO. 6:13cr64 |
| MARIA DELROSARIO PADRON | § | |

### AMENDED ORDER CLARIFYING FINANCIAL OBLIGATIONS

The Court previously held several status hearings of Defendant Maria Delrosario Padron (Doc. Nos. 124, 142, 169). The Court now issues this Order sua sponte to CLARIFY the financial obligations imposed by the Court.

All money paid by the Defendant pursuant to the Court's order is to be directed to the victim in this case: U.S.D.A.-FNS-HQ, Reference: Monica Bunch, et al., OIG File No. Te-2741-0108, P.O. Box 979027, St. Louis, Missouri 63197-9000.

Additionally, all payments made by Defendant Maria Delrosario Padron are to be accounted for on a joint and several basis with Co-Defendant Maria Silva in Cause No. 6:13-cr-64, as well as Monica Bunch in Cause No. 6:13-cr-71 in the Eastern District of Texas.

It is SO ORDERED.

**So ORDERED and SIGNED this 24th day of August, 2015.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

−1

−1